# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134466

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                        SC: 134466
                                                         COA: 277831
                                                         Genesee CC: 06-018145-FC
MUSTAFIA AKEEM GLOSTER,
            Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the June 12, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007                                     _____
d0917                                                              Clerk